

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

November 25, 2024

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted.  The deadline for the parties to restore this action to the Court's calendar is extended until December 26, 2024.

SO ORDERED
November 25, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:    *Cuffaro v. Townsquare Media, Inc.,* 1:24-cv-03855-JPC

Dear Judge Cronan:

We represent Plaintiff Chris Cuffaro in the above-captioned case.  We write to respectfully request a thirty-day extension of time, through December 26, 2024, for the parties to file their dismissal papers in this action.

1) The original deadline is November 25, 2024 [Dkt. No. 22]

2) Despite the parties' best efforts, they were not able to consummate their settlement transaction before the original deadline.

3) This is the first request for the extension of this deadline.

4) No other previous requests pertaining to this deadline have been granted or denied

5) Defendant Townsquare Media, Inc. consents to the requested relief.

Plaintiff recognizes that this motion is made less than 48 hours before original deadline, and undersigned counsel apologizes to the court for this oversight.  The parties do not expect to request another extension and thank the Court for its consideration.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*