

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 23, 2024

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The request is granted. The deadline for the parties to restore this action to the Court's calendar is extended until January 25, 2025.*

*SO ORDERED*
*December 23, 2024*           _____
*New York, New York*           JOHN P. CRONAN
                               United States District Judge

Re:   *Cuffaro v. Townsquare Media, Inc.,* 1:24-cv-03855-JPC

Dear Judge Cronan:

We represent Plaintiff Chris Cuffaro in the above-captioned case. We write to respectfully request a thirty-day extension of time, through January 25, 2025, for the parties to file their dismissal papers in this action (or otherwise re-open the action).

1) The current deadline is December 26, 2024 [Dkt. No. 24]

2) Despite the parties' best efforts, they were not able to consummate their settlement transaction before the current deadline.

3) This is the second request for the extension of this deadline.

4) A previous request pertaining to this deadline was granted on November 25, 2014 [Dkt. No. 24]

5) Defendant Townsquare Media, Inc. consents to the requested relief.

Although the parties were hoping to consummate the transaction without seeking an additional extension of time, some complication arose with the proposed settlement agreement and the parties are working to expeditiously to resolve. We thank the Court for its consideration.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*