

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

January 24, 2025

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request is granted. The deadline for the parties to restore this action to the Court's calendar is extended until February 26, 2025.
>
> SO ORDERED
> January 27, 2025
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Re:   *Cuffaro v. Townsquare Media, Inc.,* 1:24-cv-03855-JPC

Dear Judge Cronan:

We represent Plaintiff Chris Cuffaro in the above-captioned case. We write to respectfully request another thirty-day extension of time, through **February 26, 2025**, for the parties to file their dismissal papers in this action.

1) The original deadline is January 25, 2025 (or January 27, 2025 since the 25th falls on a Saturday) [Dkt. No. 26]

2) The reason for the delay is that Plaintiff had other non-filed claims against the Defendant and so the parties engaged in lengthy negotiations to settle all pending claims as part of a single transaction. The parties have finally succeeded and therefore are in the process of memorializing the final agreement.

3) This is the third request for the extension of this deadline.

4) The Court previously granted extensions at Dkt. No. 24 and Dkt. No. 26.

5) Defendant Townsquare Media, Inc. consents to the requested relief.

The parties thank the Court for its consideration.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*